ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/22/21__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GIANNIS ANTETOKOUNMPO, | Civil Case No.: 1:20-cv-07020 |
| Plaintiff, | Hon. Louis L. Stanton |
| -v- | ECF Case |
| VALENTIN MUNOZ, | Electronically Filed |
| Defendant. | **DEFAULT JUDGMENT** |

This action was commenced on August 28, 2020 by the filing of the Summons and Complaint. The Summons and the Complaint was served on Defendant VALENTIN MUNOZ ("Defendant"), by delivering a true copy to the dwelling house or usual place of abode of the Defendant's place of residence, on October 27, 2020. Furthermore, a true copy of the Summons and the Complaint was deposited in a First Class postpaid properly addressed envelope marked as "Personal and Confidential" in an official depository under the exclusive case and custody of the United States Post Office in the State of California on October 29, 2020, and proof of service was therefore filed on November 10, 2020. The Defendant has not answered the Complaint, and the time for answering the Complaint having expired, it is

ORDERED, ADJUDGED AND DECREED: That the Plaintiff have judgment against Defendant ~~in the liquidated amount of $_____ with interest at 9% from August 28, 2020 amounting to $_____ plus costs and disbursements of this action in the amount of $_____ amounting in all to $_____~~ .

LLS

Dated: New York, New York
March 22, 2021

Louis L. Stanton
USDJ

1