ORIGINAL



**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

GIANNIS ANTETOKOUNMPO,

                Plaintiff,

       -against-

VALENTIN MUNOZ,

              Defendant.
------------------------------------------------------------X

20 **CIVIL** 7020 (LLS)

**DEFAULT JUDGMENT**

Whereas on February 3, 2023, the Honorable Ona T. Wang, United States Magistrate Judge, having issued a Report and Recommendation (the "Report") recommending that Plaintiff be awarded a total of $107,396.54 consisting of: $100,000 in statutory damages, $6,996.54 in attorneys; fees and $400 in costs; pre-judgement interest at a rate set forth in 26 U.S.C.S. § 6621(a)(2); and that the Court order an injunction permanently enjoining Defendant and all other persons in concert or participation with Defendant from continuing to infringe Plaintiff's trademarks (GREEK FREAK and GREEK FR34K) and to refrain from placing the Plaintiff's mark on its products for sale or from advertising its products through the use of Plaintiff's mark. No objections having been filed and the time to file objections having lapsed.

It is hereby **ORDERED, ADJUDGED, AND DECREED,** that the Report is adopted and Plaintiff Giannis Antetokounmpo is awarded a total of $108,901.31 consisting of: $100,000 in statutory damages, $6,996.54 in attorneys; fees and $400 in costs; $1504.77 in pre-judgement interest at a rate set forth in 26 U.S.C.S. § 6621(a)(2) as against Defendant Valentin Munoz. Defendant Valentin Munoz and all other persons in concert or participation with Defendant are permanently enjoined from continuing to infringe Plaintiff's trademarks (GREEK FREAK and

GREEK FR34K) and to refrain from placing the Plaintiff's mark on its products for sale or from

advertising its products through the use of Plaintiff's mark.   Accordingly, this case is closed.

**DATED**: New York, New York
          March 14, 2023

*Louis L. Stanton*
**Louis L. Stanton**
**United States District Judge**